UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MILAGROS SENIOR,** *on behalf of herself and all other persons similarly situated*, <br><br> **Plaintiff,** <br><br> -against- <br><br> **SOLEIL COLLECTIVE LLC,** <br><br> **Defendant.** | 1:25-cv-05281 (ALC) <br><br> **ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   September 20, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**